An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DAVID M. FROSTICK,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62549

**FILED**

MAR 2 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion seeking dismissal of counsel. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Because no statute or court rule permits an appeal from an order denying a motion seeking dismissal of counsel, we lack jurisdiction. Castillo v. State, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

_____

[1]We have received the proper person documents submitted in this matter, and we conclude that no relief is warranted for the reason set forth above.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-08337

cc:     Hon. Elissa F. Cadish, District Judge
        David M. Frostick
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk